IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIAZATECA COMPANY,<br>   Plaintiff,<br><br>v.<br><br>NATIONAL FISH AND SEAFOOD, INC.,<br>   Defendant. | Civil Action No.: 1:10-cv-11036 |

## PLAINTIFF'S COMPLAINT

### NATURE OF THE ACTION

1. The Plaintiff, Diazteca Company ("Diazteca" or "Plaintiff"), brings this action against Defendant, National Fish and Seafood, Inc. ("National Fish" or "Defendant"), for this Honorable Court to recognize and enforce, pursuant to the Full Faith and Credit Clause of Article IV, §1 of the United States Constitution and Section 1738 of Title 28 of the United States Code., a Judgment in the amount of $265,418.75 obtained on April 30, 2010 against National Fish in the Arizona Superior Court in Pima County located in Tucson, Arizona.

### PARTIES

2. Plaintiff is a corporation organized and existing under the laws of the State of Arizona with a principal place of business in Rio Rico, Arizona.

3. Defendant is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Gloucester, Essex County, Massachusetts.

### JURISDICTION AND VENUE

4. This Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. §1332.

5. Venue is proper in the District of Massachusetts because Defendant is subject to personal jurisdiction in this District. 28 U.S.C. §1391(a) and (c).

## FACTS

6. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 5 above and incorporates the same herein by reference.

7. On or about January 6, 2009, Diazteca filed a civil action in Arizona Superior Court in Pima County located in Tucson, Arizona, against National Fish seeking money damages for breach of contract, promissory estoppel, and unjust enrichment relative to a commercial transaction occurring in September, 2008 (hereinafter "the underlying Arizona action").

8. On or about February 26, 2009, National Fish filed an Answer to Diazteca's Complaint in the underlying Arizona action.

9. On March 9-11, 2010, the underlying Arizona action went to trial, and after the Plaintiff and Defendant presented their evidence and rested, a jury returned a verdict in favor of Plaintiff.

10. On April 30, 2010, the Arizona Superior Court in Pima County entered a Judgment in favor of Diazteca against National Fish in the amount of $265,418.75 (hereinafter "the Arizona Judgment"). *A true and certified copy of the Arizona Judgment entered on April 30, 2010 in Arizona Superior Court in Pima County is attached hereto as Exhibit "A".*

11. The time period for National Fish to file an appeal from the Arizona Judgment expired on June 2, 2010.

12. The Plaintiff, by its attorney, made demand on the Defendant's counsel to pay the Arizona Judgment by letter dated June 9, 2010, however, to date, the Defendant has failed and/or refused to make payment to Plaintiff in whole or in part.

13. The Plaintiff is the owner and holder of the Arizona Judgment and said judgment remains in full force and effect, and satisfied in no part.

## COUNT I

14. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 13 above and incorporates the same herein by reference.

15. The Defendant has failed and/or refused to pay, in whole or in part, the Arizona Judgment entered in favor of the Plaintiff on April 30, 2010.

16. The Arizona Superior Court in Prima County had personal and subject matter jurisdiction over the Defendant, and thus the Arizona Judgment is enforceable in this Court pursuant to the Full Faith and Credit Clause of Article IV, §1 of the United States Constitution and Section 1738 of Title 28 of the United States Code.

WHEREFORE, the Plaintiff, Diazteca Company, respectfully demands that this Honorable Court enter judgment in its favor against Defendant, National Fish and Seafood, Inc., in the amount of $265,418.75, plus post-judgment interest at the Massachusetts statutory rate of 12% from the date of the Arizona Judgment (April 30, 2010) and costs.

Respectfully submitted,
The Plaintiff,
Diazteca Company,
By its Attorney,

_____
Edward M. Joyce, Jr., BBO# 633912
NAGLE & JOYCE
100 Schoosett Street
Building 1, Suite A
Pembroke, MA 02359
(781) 826-6911
ejoyce@naglejoycelaw.com

Dated: June 17, 2010

EXHIBIT "A"

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
(520) 322-5000

Mark D. Lammers (AZ # 010335)
mlammers@dmyl.com
John C.E. Barrett (AZ #022813)
jbarrett@dmyl.com
Attorneys for Plaintiff

FILED
PATRICIA A. NOLAND
CLERK, SUPERIOR CO.

2010 APR 30 PM 2:34

BY: E. BRADFORD,
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| DIAZTECA COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL FISH AND SEAFOOD, INC., a Massachusetts corporation,<br><br>Defendant. | NO. C2009-0057<br><br>**JUDGMENT**<br><br>Assigned to: Honorable Michael Miller |

This matter having come on for trial to the Court and a jury on March 9-11, 2010, and the parties having presented their evidence and rested, and the jury having been instructed by the Court, and having returned its verdict on March 11, 2010,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff Diazteca Company shall have and recover from Defendant National Fish and Seafood, Inc. the sum of ONE HUNDRED TWELVE THOUSAND THREE HUNDRED EIGHT DOLLARS ($112,308.00), together with interest thereon at the rate of ten percent (10%) per annum from and after the date of entry of judgment, and continuing until paid.

2. Plaintiff Diazteca Company shall recover prejudgment interest from Defendant National Fish and Seafood, Inc. in the amount of $ _17,077 35/_.

C20090057

1      3.    Plaintiff Diazteca Company shall have and recover from Defendant National Fish and Seafood, Inc., attorneys' fees in the amount of $ _130,000.00_, together with interest thereon at the rate of ten percent (10%) per annum until paid.

    4.    Plaintiff Diazteca Company shall recover taxable costs from Defendant National Fish and Seafood, Inc. in the amount of $ _6,033.40_, together with interest thereon at the rate of ten percent (10%) per annum until paid.

DATED this _30_ day of _April_, 2010.

_/s/ Michael O. Miller_
Honorable Michael Miller
Judge of the Superior Court

I:\FILES\DOCS\DIAZ01\281525\PLDG\JV7618.DOC

DECONCINI McDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

STATE OF ARIZONA } ss.
COUNTY OF PIMA

The foregoing instrument is a full, true, and correct copy of the original on file in this office.

Attested _JUN 17 2010_
PATRICIA A. NOLAND, Clerk
By_____ Deputy
JESUS M. LUQUEZ